IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 AUG 22 AM 9:11

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) CR. NO. 05-20276-B |
| vs. | ) |
| CHARLES R. SMITH, | ) |
| Defendant. | ) |

## ORDER

The United States having requested that the Court unseal the Indictment, and the Court being satisfied that sealing is no longer necessary, it is hereby

ORDERED that all of the above document is UNSEALED.

Date: August 22, 2005
Memphis, Tennessee

UNITED STATES MAGISTRATE JUDGE

APPROVED: _____
Joseph C. Murphy
Assistant U.S. Attorney

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-22-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CR-20276 was distributed by fax, mail, or direct printing on August 22, 2005 to the parties listed.

---

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT