IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 24 PM 3:32

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.

CHARLES R. SMITH                                    05cr20276-B

## ORDER ON ARRAIGNMENT

This cause came to be heard on __08/24/05__ the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME __TED HANSON__ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

__✓__ The defendant, who is not in custody, may stand on his present bond.
____ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

S. Thomas Anderson
UNITED STATES MAGISTRATE JUDGE

CHARGES - 18:1512(c)(2)
TAMPERING WITH A WITNESS, VICTIM OR INFORMANT

Attorney assigned to Case: J. Murphy

Age: 39

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-25-05

(12)



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CR-20276 was distributed by fax, mail, or direct printing on August 25, 2005 to the parties listed.

---

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Honorable J. Breen
US DISTRICT COURT